UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------X
Sholom Zeines,

                Plaintiff,                      Civil Action No.:_____

    against

Portfolio Recovery Associates, LLC,           **COMPLAINT AND DEMAND**
                                                             **FOR TRIAL BY JURY**
                Defendant.
-----------------------------------------------------X

        Now comes Plaintiff Shalom Zeines (hereinafter referred to as "Plaintiff"), by and through his attorneys, Fredrick Schulman & Associates, Attorneys at Law, and brings this action to recover monetary damages, and declaratory and injunctive relief, against Defendant Portfolio Recovery Associates, LLC (hereinafter referred to as "Defendant"), arising from Defendant's violation of 15 U.S.C. §1692 *et seq.*, commonly referred to as the Fair Debt Collection Practices Act (hereinafter referred to as "FDCPA"), which prohibits debt collectors from engaging in false, deceptive, misleading, or unfair collection practices, and respectfully sets forth, complains and alleges, upon information and belief, the following:

### JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, as well as 15 U.S.C. §1692 *et. seq.* and 28 U.S.C. §2201. If applicable, the Court also has pendent jurisdiction over any State law claims in this action pursuant to 28 U.S.C. §1367(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b)(2).

### PARTIES

3.    Plaintiff is a natural person and resident of Miami-Dade County, residing at 1151 N.E. 176th Terrace, Miami, Florida 33162.

4.  At all relevant times herein, Plaintiff is a "consumer" as that term is defined in 15 U.S.C. §1692a(3) of the FDCPA

5.  Upon information and belief, Defendant is a collection firm with its principal place of business at 120 Corporate Boulevard, Norfolk, Virginia, 23502, and, upon information and belief, is authorized to do business in the State of Florida.

6.  Upon information and belief, Defendant is engaged in the business of collecting debts incurred and alleged debts incurred.

7.  Upon information and belief, Defendant regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

8.  Upon information and belief and at all relevant times, Defendant is a "debt collector" as the phrase is defined in 15 U.S.C. §1692a(6) of the FDCPA. Indeed, upon information and belief, on a website maintained by the Defendant at the URL address of www.portfoliorecovery.com, Defendant informs visitors to the site "Your past-due account is now managed by Portfolio Recovery Associates, LLC (PRA LLC)." Thus, Defendant holds itself out as an entity engaged in the business of being a "debt collector" and is subject to the requirements of the FDCPA.

9.  Upon information and belief, Defendant was attempting to collect a "debt" from the Plaintiff as that term is defined in 15 U.S.C. §1692a(2) of the FDCPA.

10. Upon information and belief, Defendant was attempting to collect a "debt" from the Plaintiff as that term is defined in 15 U.S.C. §1692a(5) of the FDCPA. Upon further information and belief, at all relevant times herein, Defendant knew or had reason to know that it was obligated to comply with the provisions of the FDCPA when attempting to collect a debt allegedly owed by Plaintiff.

## FACTS

11. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "10" herein with the same force and effect as if the same were set forth at length herein.

12. Upon information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

13. On or about May 11, 2012, Plaintiff sent a letter, via certified mail, to the Defendant, requesting validation of the debt. (attached hereto, and incorporated herein as, "Exhibit A").

14. Plaintiff obtained confirmation of the delivery of said letter from the United States Postal Service. (see mail confirmation attached hereto, and incorporated herein by reference as, "Exhibit B" and "Exhibit C")

15. Defendant failed to provide verification information requested by the Plaintiff.

16. Defendant willfully failed to update the Plaintiff's credit report as disputed to reflect the accurate status of the debt (see credit report attached hereto, and incorporated herein by reference as, "Exhibit D" and "Exhibit E").

17. Defendant left its wrongful and incomplete information on the credit report despite its knowledge of the dispute.

18. Defendant's false reporting significantly harmed Plaintiff and his credit reputation.

19. Furthermore, As a direct consequence of the Defendant's acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## FIRST CAUSE OF ACTION
## VIOLATION OF 15 U.S.C. § 1692e(8)

20. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "19" herein with the same force and effect as if the same were set forth at length herein.

21. Defendant violated 15 U.S.C. §1692e(8) in that Defendant failed to communicate with the Credit Bureaus that the alleged debt was disputed.

As a result of Defendant's violation of the FDCPA, Plaintiff has been damaged and is entitled to statutory damages, actual damages and all costs and reasonable attorney's fees pursuant to the

## SECOND CAUSE OF ACTION
## VIOLATION OF 15 U.S.C. § 1692e(10)

22. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "21" herein with the same force and effect as if the same were set forth at length herein.

23. Defendant violated 15 U.S.C. §1692e(10) in that Defendant used false representation and deceptive means in an attempt to collect the alleged debt by not reporting that the debt was disputed when trying to collect the Alleged Debt.

24. As a result of the Defendant's violation of the FDCPA, the Plaintiff has been damaged and is entitled to statutory damages, actual damages and all costs and reasonable attorney's fees pursuant to the relevant provisions of the FDCPA.

## THIRD CAUSE OF ACTION
## VIOLATION OF 15 U.S.C. § 1692f

25. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "24" herein with the same force and effect as if the same were set forth at length herein.

26. Defendant violated 15 U.S.C. §1692f in that Defendant used unfair and unconscionable means in attempt to collect a debt by maintaining that there was an undisputed debt when, in fact, the Alleged Debt was disputed by Plaintiff.

27. As a result of the Defendant's violation of the FDCPA, the Plaintiff has been damaged and is entitled to statutory damages, actual damages and all costs and reasonable attorney's fees pursuant to the relevant provisions of the FDCPA.

## DEMAND FOR TRIAL BY JURY

28. Plaintiff hereby demands a trial by jury for all claims and issues in this complaint for which the Plaintiff is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Shalom Zeines demands judgment from the Defendant Portfolio Recovery Associates, LLC, as follows:

A. For actual damages provided and pursuant to 15 U.S.C. §1692k(a)(1);

B. For statutory damages provided and pursuant to 15 U.S.C. §1692k(a)(2)(A):

C. For attorneys' fees and costs provided and pursuant to 15 U.S.C. §1692k(a)(3);

D. For a declaration that the Defendant's practices violated the FDCPA; and,

E. For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated: New York, New York
May 3, 2013

                              Respectfully submitted,

By: _s/ Jerald Alan Belofsky_
JERALD ALAN BELOFSKY, Esq. (0249262)
Fredrick Schulman & Associates
Attorneys at Law
Attorney for Plaintiff
30 East 29${}^{TH}$ Street
New York, New York 10016
(212) 796-6053
info@fschulmanlaw.com

# EXHIBIT A

5/11/2012

Sholom Zeines
1151 NE 176th Terr
North Miami Beach, FL 33162

SS#: ▮▮▮▮▮

PORTFOLIO RECOVERY ASSOC
120 Corporate Blvd Ste 100
Norfolk, VA  23502

Re: Account #  6213228677XXXX
Original Creditor:  ONYX

Dear Sir/Madam:

Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec 809 (b) that your claim is disputed and validation is requested. This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with the competent evidence that I have any legal obligation to you.

Please provide me with the following:

*Complete payment history

*Agreement that bears the signature of the alleged debtor wherein he agreed to pay the original creditor.

* Letter of sale or assignment from the original creditor to your company.(Agreement with your client that grants you the authority to collect on this alleged debt.)

*Prove the Statue of Limitations has not expired on this account

*Show me that you are licensed to collect in my state.

I'm sure you know, under the FDCPA Section 809 (b), you are not allowed to pursue collection activity until the debt is validated.


Sincerely,
Sholom Zeines

# EXHIBIT B

English    Customer Service    USPS Mobile                                                   Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70112000000120099006 | First-Class Mail® | Depart USPS Sort Facility | May 17, 2012 | NORFOLK, VA 23501 | **Expected Delivery By:** May 17, 2012<br>Certified Mail™<br>Return Receipt |
| | | Processed at USPS Origin Sort Facility | May 17, 2012, 2:29 am | NORFOLK, VA 23501 | |
| | | Dispatched to Sort Facility | May 14, 2012, 5:49 pm | HALLANDALE, FL 33009 | |
| | | Acceptance | May 14, 2012, 4:55 pm | HALLANDALE, FL 33009 | |

### Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# EXHIBIT C

| English | Customer Service | USPS Mobile | | Register / Sign In |



Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

**You entered:** 70112000000120099006

**Status: Delivered**
Your item was delivered at 10:46 am on May 17, 2012 in NORFOLK, VA 23502. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed momentarily.

☐ I would like to receive notification on this request

[ Restore ]

## Find Another Item

What's your label (or receipt) number?

[ Find ]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

# EXHIBIT D

8/31/12                                    Experian - Printable Full Report

| 08/2011 | 1 Months | NA |
|---|---|---|
| Date of Status: | Monthly Payment: | Recent Balance: |
| 07/2011 | $0 | $6,171 as of 05/2012 |
| Last Reported: | Responsibility: | Recent Payment: |
| 05/2012 | Individual | $0 |

**Payment History:**

| 2012 | | | | | 2011 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| C | ND | C | ND | ND | ND | ND | C | C | C |

**Account History:**
Collection as of May 2012, Mar 2012, Oct 2011, Sep 2011, Aug 2011


**PORTFOLIO RECOVERY ASSOCIATES**

| Address: | Account Number: | Original Creditor: |
|---|---|---|
| 120 CORPORATE BLVD STE 100 | 6206213228677.... | ONYX ACCEPTANCE CORPORATION |
| NORFOLK, VA 23502 | | |
| (800) 772-1413 | | |
| Address Identification Number: | | |
| 0072656475 | | |

Status: Collection account. $7,254 past due as of Aug 2012.    Status Details: This account is scheduled to continue on record until Aug 2014.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 10/2010 | Debt Buyer | $7,254 |
| Reported Since: | Terms: | High Balance: |
| 09/2011 | 1 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 09/2011 | $0 | $7,254 as of 08/2012 |
| Last Reported: | Responsibility: | Recent Payment: |
| 08/2012 | Individual | $205 |

**Payment History:**

| 2012 | | | | | | | 2011 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| C | C | C | C | C | C | C | C | C | C | C | C |

**Account History:**
Collection as of Sep 2011 to Aug 2012

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jul 2012: $7,254 / no data / no data / $205
Jun 2012: $7,254 / no data / no data / $205
May 2012: $7,254 / no data / no data / $205
Apr 2012: $7,254 / no data / no data / $205
Mar 2012: $7,254 / no data / no data / $205
Feb 2012: $7,254 / no data / no data / $205
Jan 2012: $7,254 / no data / no data / $205
Dec 2011: $7,254 / no data / no data / $205
Nov 2011: $7,254 / no data / no data / $205
Oct 2011: $7,254 / no data / no data / $205
Sep 2011: $7,254 / no data / no data / $205

The original amount of this account was $7,254


**SELECT PORTFOLIO SERVICING**

Address:                    Account Number:

# EXHIBIT E

| PORTFOLIO RECOVERY A | ONYX -6213228677XXXX | 10/10/2 | $7,254 | 08/2012 | $7,254 |

**PORTFOLIO RECOVERY ASSOC**

Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk , VA-235024962

| Account Number: | ONYX -6213228677XXXX | Current Status: | |
|---|---|---|---|
| Account Owner: | Individual Account. | High Credit: | $ 7,254 |
| Type of Account : | Open | Credit Limit: | |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 10/10/2 | Balance: | $ 7,254 |
| Date Reported: | 08/2012 | Amount Past Due: | $ 7,254 |
| Date of Last Payment: | | Actual Payment Amount: | $ 205 |
| Scheduled Payment Amount: | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 09/2011 | Months Reviewed: | 11 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Factoring Company Account (debt buyer) |
| Date of First Delinquency: | 11/2007 | | |
| Comments: | Collection account | | |

81-Month Payment History

| No 81-Month Payment Data available for display. |

| | 101008427XXXX | 08/04/2 | $0 | 04/2009 | CHARGE-OFF |

| Account Number: | 101008427XXXX | Current Status: | CHARGE-OFF |
|---|---|---|---|
| Account Owner: | Joint Account | High Credit: | |
| Type of Account : | Open | Credit Limit: | |